# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD ULL,**

    **Plaintiff,**

**v.**

**FIRE SAFETY, INC.**

    **Defendant.**                                 **Case No. 09-cv-81-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Parties' Stipulation for Dismissal With Prejudice (Doc. 65). For good cause shown the Court hereby **ACKNOWLEDGES** said Stipulation and as such, finds that all of Plaintiff's claims against Defendant, as plead in the Third Amended Complaint (Doc. 56) are **DISMISSED WITH PREJUDICE**, with each Party to bear their own fees and costs. All pending motions shall be terminated. The Clerk is instructed to close the file and enter judgment accordingly.[1]

**IT IS SO ORDERED.**

Signed this 25th day of January, 2010.

                                           /s/ David R. Herndon

                                           **Chief Judge**
                                           **United States District Court**

---

[1] The Court notes that on September 15, 2009, it issued an Order to consolidate *Ull v. Fire Safety, Inc.*, Case No. 09-cv-509-DRH (Doc. 14) with the instant matter, as they involved identical parties and claims. Therefore, this dismissal also includes Case No. 09-cv-509-DRH.