## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD ULL,**

     **Plaintiff,**

**v.**

**FIRE SAFETY, INC.,**

     **Defendant.**
                          **Case No. 09-cv-81-DRH**
                          **(Consolidated with 09-cv-509-DRH)**

## <u>JUDGMENT IN A CIVIL CASE</u>

     **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 25, 2010, this case is **DISMISSED**  with prejudice.  Each party shall bear their own costs.

                       **NANCY J. ROSENSTENGEL,**
                       **CLERK OF COURT**

                       **BY:**_____**/s/**_**Sandy Pannier**_____
                                 **Deputy Clerk**

Dated: January 28, 2010


APPROVED: _/s/  David R. Herndon_
              CHIEF JUDGE
              U. S. DISTRICT COURT